**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6302**

FELISSA ANNE GRISSETT,

            Plaintiff - Appellant,

        v.

JUDGE B. ALEX HYMAN,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:25-cv-02869-JD-KDW)

Submitted:  July 29, 2025                    Decided:  August 1, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Felissa Anne Grissett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felissa Anne Grissett seeks to appeal the magistrate judge's order granting her motion to proceed in forma pauperis and directing her to provide sufficient information for an initial review of her complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Grissett seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny all pending motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*